AO91 (Rev.5/85) Criminal Complaint

**FILED**

**UNITED STATES DISTRICT COURT**
DISTRICT OF ALASKA

DEC 1 3 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES OF AMERICA

V.

Shannon Moria Prince

**CRIMINAL COMPLAINT**

CASE NUMBER: A05-240 MJ (JDR)

I, Alvin Kennedy, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about October 19th, 2005 in the District of Alaska, Shannon Moria Prince did, knowingly possess five grams or more of cocaine base, a.k.a. crack

in violation of Title 21 , United States Code, Section(s) 844(a) .

I further state that I am a(n) DEA Task Force Officer and that this Complaint is based on the following facts:

See attached affidavit, incorporated herein by this reference.

Continued on the attached sheet and made a part hereof:    XX  Yes    ___ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

December 12, 2005                           at    Anchorage, Alaska
Date                                                City and State

John D. Roberts US Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| | ) No. A05-240 MJ (JDR) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **AFFIDAVIT OF** |
| vs. | ) **ALVIN KENNEDY** |
| | ) **IN SUPPORT OF CRIMINAL** |
| Shannon Moria Prince | ) **COMPLAINT** |
| | ) |
| Defendant. | ) |

I, Alvin Kennedy, am a Detective with the Anchorage Police
Department. I am currently assigned as a Task Force Officer to
the U.S. Drug Enforcement Administration's District Office in
Anchorage, Alaska, and in that capacity declare and state as
follows:

1. I have over fifteen (15) year's law enforcement
experience with the Anchorage Police Department. During my
tenure at the Anchorage Police Department, I have been assigned
to the Patrol Division, the Warrant Section, the General
Investigations Unit (GIU), the Mt. View CAP Team, Burglary
Investigations, and the East District Investigations Unit. I am
currently assigned as a Task Force Officer with the Drug
Enforcement Administration (DEA).

2.    I have received training in the identification of drugs, and field testing while in the Anchorage Police Department academy in 1990.  In July of 1993, I completed a one-week (40-hour) basic drug investigation course that was taught by the Drug Enforcement Administration.  I am currently assigned to investigate violations of the federal controlled substance laws, that is, violations of Title 21, United States Code, Sections 841(a)(1), et seq.

3.    During my tenure at APD, I have conducted approximately 100 or more cases involving illegal drugs, which includes to service of search warrants for controlled substances, and the seizure of controlled substances.  I have worked as an undercover officer, purchased controlled substances, and assisted other undercover officers in purchasing controlled substances.

4.    The information contained below is from personal knowledge, other law enforcement agents, or specific sources as set forth.

5.    That on or about October 19, 2005, the Anchorage Police Department arrested Shannon Moria Prince after he committed a moving violation and thereafter attempted to elude the arresting police officers.  After Prince's arrest and while processing him for placement in the jail facility, police officers discovered approximately 27.43grams of a hard white substance that tested positive for cocaine, an electronic scale, and approximately

2



$2,000 in United States currency, all of which were found in Prince's pants pocket. Based on my training and experience, this substance appeared to be cocaine base, a.k.a. crack.

6. Based on the foregoing information and on my training and experience listed above, I submit there is probable cause to believe that on October 19, 2005, Shannon Moria Prince did knowingly posses five grams or more of cocaine base in violation of 21 U.S.C. 844(a), which makes the possession of five grams or more of cocaine base a felony punishable by a term of imprisonment of not less than five years and no more than 20 years.


FURTHER YOUR AFFIANT SAYETH NAUGHT


_____
ALVIN KENNEDY
TASK FORCE OFFICER
U.S. Drug Enforcement Administration


SUBSCRIBED AND SWORN TO BEFORE ME this 12th day of December, 2005 at Anchorage, Alaska.




_____
JOHN D. ROBERTS
U.S. Magistrate Judge




3