NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-mj-00240-JDR |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS |
| | ) | COMPLAINT |
| vs. | ) | |
| | ) | |
| SHANNON PRINCE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

COMES NOW the United States of America by and through undersigned

counsel, and moves this court to dismiss the complaint in the above-captioned

case, with prejudice, pursuant to Fed. R. Crim. 48(a).

RESPECTFULLY SUBMITTED this 24<u>th</u> day of July, 2008, in Anchorage,

Alaska.

NELSON P. COHEN
United States Attorney


<u>s/Frank V. Russo</u>
FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on July 24, 2008, via fax:

John Murtagh

Executed at Anchorage, Alaska, on July 24, 2008.

<u>s/Frank V. Russo</u>
Office of the U.S. Attorney