IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHANNON PRINCE,<br><br>　　　　Defendant. | ) Case No. 3:05-mj-00240-JDR<br>)<br>)<br>)<br>) [PROPOSED]<br>) **ORDER**<br>)<br>)<br>)<br>) |

Having considered the government's motion to dismiss the complaint with prejudice, it is hereby ordered that the motion is GRANTED/DENIED. The complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED this ____ day of July, 2008, at Anchorage, Alaska.

_____
United States Magistrate Judge